Walter B. Hough, Appellant, v. Vivian Vernon Parker, Appellee.

Gen. No. 45,308.

McKay &

Krulewitch, for appellant; Dwight McKay, and H. B. Krulewitch, of counsel; John S. O'Donnell, for appellee. Opinion by Presiding Justice Friend. Not to be published in full. Opinion filed May 9, 1951; released for publication June 15, 1951.